IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

FABIAN BACA                                                                     PLAINTIFF

        v.                      Civil No. 08-5044

DR. HUSKINS, Benton County
Detention Center Medical Staff;
SHERIFF KEITH FERGUSON;
HUNTER PETRAY, Jail
Commander, Benton County
Detention Center; and NURSE
SMITH, Benton County Detention
Center Medical Staff                                  DEFENDANTS

**ORDER**

      As it appears this case may be resolved on motion for summary judgment, the defendants are directed to file such a motion on or before **September 2, 2008**. Once the summary judgment motion is filed, the court will prepare a questionnaire to assist the plaintiff in responding to the motion. For this reason, plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

      IT IS SO ORDERED this 9th day of June 2008.

                                                          /s/ *J. Marschewski*
                                                       HON. JAMES R. MARSCHEWSKI
                                                       UNITED STATES MAGISTRATE JUDGE