```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

FABIAN BACA                                              PLAINTIFF

          v.        Civil No. 08-5044

DR. HUSKINS, Benton County
Detention Center Medical Staff;
SHERIFF KEITH FERGUSON;
HUNTER PETRAY, Jail
Commander, Benton County
Detention Center; and NURSE
SMITH, Benton County Detention
Center Medical Staff                                    DEFENDANTS

## ORDER

Now on this 5th day of March, 2009, comes on for consideration the **Report and Recommendation of the Magistrate Judge** issued by the Honorable James Marschewski, United States Magistrate Judge for the Western District of Arkansas, (Doc. 17), to which there are no objections. The Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be adopted in its entirety.

IT IS THEREFORE ORDERED that **defendants' motion for summary judgment (document #12)** should be, and it hereby is, **granted and this case is dismissed with prejudice**.

IT IS SO ORDERED.

                                            **/s/ Jimm Larry Hendren**
                                            JIMM LARRY HENDREN
                                            UNITED STATES DISTRICT JUDGE